UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| BRASS REMINDERS CO., INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | Civil Action No. 5: 19-243-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| RT ENGINEERING CORP., | ) | **JUDGMENT** |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

*** *** *** ***

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.      Judgment is granted in favor of Defendant and Counter-Plaintiff RT Engineering Corp. on all claims asserted in this action.

2.      Defendant and Counter-Plaintiff RT Engineering Corp. is granted a monetary judgment against Plaintiff and Counter-Defendant Brass Reminders Co., Inc. in the amount of $40,659.75.

3.      This action is **DISMISSED** and **STRICKEN** from the Court's docket.

4.      This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: May 28, 2020.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky